**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony Quinn DUCKETT, Defendant–Appellant.**

**No. 06–40934 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 18, 2007.

Maureen Clancy Smith, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Jens Edwin Bakker, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Appointed counsel for Anthony Quinn Duckett has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Duckett has filed a response in which he raises claims of ineffective assistance of trial counsel. The record is insufficiently developed to allow consideration of Duckett's claims of ineffective assistance of counsel.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*See United States v. Higdon,* 832 F.2d 312, 314 (5th Cir.1987).

Our independent review of counsel's brief, Duckett's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.